Submitted September 2, reversed November 2, 2016

In the Matter of C. A. S.,
a Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

C. A. S.,
*Appellant.*

Marion County Circuit Court
16CC01679; A161771

383 P3d 986

Joseph DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

## PER CURIAM

The trial court committed appellant to the custody of the Oregon Health Authority after finding that he suffered from a mental disorder and, as a result, was not able to provide for his basic needs, was not receiving such care as was necessary for his health and safety, and was a danger to himself or others. *See* ORS 426.005(1)(f). The trial court further found that appellant met the criteria for commitment as a person with a "chronic mental illness." *See* ORS 426.005(1)(f)(C); ORS 426.495. On appeal, appellant argues, among other contentions, that the record does not contain legally sufficient evidence to support the involuntary commitment on any of the grounds stated by the trial court. The state concedes that the record is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree and accept the state's concession.

Reversed.